No. 11-6473. Douglas Marcel Meeks, Petitioner v. United States.

565 U.S. 970, 132 S. Ct. 471, 181 L. Ed. 2d 308, 2011 U.S. LEXIS 7488.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 639 F.3d 522.

No. 11-6486. Carlos Edmundo Jackson-Plascencia, Petitioner v. United States.

565 U.S. 970, 132 S. Ct. 472, 181 L. Ed. 2d 308, 2011 U.S. LEXIS 7475.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 954.

No. 11-6495. Terence C. Ridley, Petitioner v. United States.

565 U.S. 970, 132 S. Ct. 472, 181 L. Ed. 2d 308, 2011 U.S. LEXIS 7505.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 436 Fed. Appx. 238.

No. 10-1404. United States, Petitioner v. New York, et al.

No. 10-1420. Oneida Indian Nation of New York, et al., Petitioners v. County of Oneida, New York, et al.

565 U.S. 970, 132 S. Ct. 452, 181 L. Ed. 2d 308, 2011 U.S. LEXIS 7567.

October 17, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Ginsburg and Justice Sotomayor would grant the petitions for writs of certiorari.

Same cases below, 617 F.3d 114.

No. 10-1510. Prison Legal News, Petitioner v. Executive Office for United States Attorneys.

565 U.S. 971, 132 S. Ct. 473, 181 L. Ed. 2d 308, 2011 U.S. LEXIS 7480.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 628 F.3d 1243.

No. 11-189. Colony Cove Properties, LLC, Petitioner v. City of Carson, California, et al.

565 U.S. 971, 132 S. Ct. 456, 181 L. Ed. 2d 308, 2011 U.S. LEXIS 7510.

October 17, 2011. Motion of Cato Institute, et al. for leave to file a brief as amici curiae granted. Motion of Western Manufactured Housing Communities Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 640 F.3d 948.